IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENZEL KYRESE GATES, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-7012 |
| | : | |
| STATE BOARD OF PAROLE, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 20th day of February, 2026, upon consideration of Plaintiff Denzel Kyrese Gates's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Exhibits (ECF Nos. 4, 5), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the accompanying memorandum.

4.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/ Hon. Kelley B. Hodge
**KELLEY BRISBON HODGE, J.**